P23224692

VERIFIED RETURN OF SERVICE


UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
**25-cv-80044-AMC**


PLAINTIFF :
**HOWARD COHAN**
VS.
DEFENDANT :
**RIGGIN'S CRABHOUSE, INC., A FLORIDA PROFIT CORPORATION, d/b/a RIGGIN'S CRABHOUSE**

For:
**SCONZO LAW OFFICE, P.A**
3825 PGA BOULEVARD, SUITE 207
PALM BEACH GARDENS, FL 33410

RECEIVED BY PROCESS SERVER ON **01/10/2025 AT 05:21 PM** TO BE SERVED ON **RIGGIN'S CRABHOUSE, INC.**.

I, **MICHAEL ROSSINI**, DO HEREBY AFFIRM THAT ON **01/15/2025** AT **2:07 PM**, I:

**CORPORATION- REGISTERED AGENT:** SERVED THE WITHIN NAMED **DEFENDANT** BY DELIVERING A TRUE COPY OF THE **SUMMONS IN CIVIL ACTION, CIVIL COVER SHEET AND COMPLAINT** WITH THE DATE AND HOUR OF SERVICE ENDORSED THEREON BY ME TO **DANIEL CALLARO, REGISTERED AGENT** OF **RIGGIN'S CRABHOUSE, INC.**, AT THE ADDRESS OF C/O CALLARO, DANIEL A., JR, 607 RIDGE ROAD, , LANTANA, FL 33462, PURSUANT TO F.S. 48.091 AND INFORMED SAID PERSON OF THE CONTENTS THEREOF.


ADDITIONAL INFORMATION PERTAINING TO THIS SERVICE:

UNDER PENALTIES OF PERJURY, I SWEAR OR AFFIRM, PURSUANT TO FLA. STAT. § 92.525 THAT I HAVE READ THE FOREGOING AND THE FACTS STATED THERE ARE TRUE.  I AM OVER THE AGE OF 18, HAVE NO INTEREST IN THE ABOVE ACTION, AND I AM A PROCESS SERVER IN GOOD STANDING IN THE COUNTY IN WHICH SERVICE WAS MADE.

_____
MICHAEL ROSSINI
CPS#3117
Lexitas Process Service
20 North Orange Ave # 700
Orlando, FL 32801

Lexitas Job # 23224692
Client File #: 01466