UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:25-cv-80044-AMC

HOWARD COHAN,

     Plaintiff,

vs.

RIGGIN'S CRABHOUSE, INC.
a Florida Profit Corporation
d/b/a RIGGIN'S CRABHOUSE

     Defendant(s).

_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, HOWARD COHAN, and his undersigned counsel hereby give notice that the above captioned action is voluntarily dismissed with prejudice against Defendant, RIGGIN'S CRABHOUSE, INC., a Florida Profit Corporation, d/b/a RIGGIN'S CRABHOUSE.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 24, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

By: **/s/ Gregory S. Sconzo**
GREGORY S. SCONZO, ESQUIRE
Florida Bar No.: 0105553
**Primary Email:** greg@sconzolawoffice.com
**Sconzo Law Office, P.A.**
300 Avenue of the Champions, Suite 260
Palm Beach Gardens, FL 33418
Telephone: (561) 729-0940
Facsimile: (561) 491-9459