**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 25-80044-CIV-CANNON**

**HOWARD COHAN**,

      Plaintiff,

v.

**RIGGIN'S CRABHOUSE, INC.,**

      Defendant.

_____/

## ORDER CLOSING CASE

**THIS CAUSE** comes before the Court upon Plaintiff's Notice of Voluntary Dismissal, filed on February 24, 2025 [ECF No. 10].  Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Notice of Voluntary Dismissal, filed by Plaintiff prior to any Defendant serving an answer or motion for summary judgment, dismisses the case.  *See* Fed. R. Civ. P. 41(a)(1)(A)(i).  Upon review, this case is **DISMISSED WITH PREJUDICE** against Defendant, effective February 24, 2025, the date on which Plaintiff filed the Notice of Voluntary Dismissal [ECF No. 10].

The Clerk of Court shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 25th day of February 2025.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record